LIFE AND CASUALTY INSURANCE COMPANY OF TENNESSEE, *Plaintiff in Error,* vs. WINIFRED KELLY, joined by her husband, J. R. KELLY, *Defendants in Error.*

144 So. 306.

Opinion filed November 7, 1932.

Petition for rehearing denied November 25, 1932.

*Bussey, Mann & Barton,* of St. Petersburg, for Plaintiff in Error;

*Kelly and Casler,* of Clearwater, for Defendants in Error.

PER CURIAM.—This cause having heretofore been submitted to the Court upon the transcript of the record of the judgment herein and briefs and argument of counsel for the respective parties, and the record having been seen and inspected, the court being now advised of its judgment to be given in the premises, it seems to the court that there is no error in said judgment. It is therefore considered, ordered and adjudged by the court that the said judgment of the circuit court be, and the same is hereby affirmed.

BUFORD, C.J. AND ELLIS AND BROWN, J.J., concur.